IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JAVIER GUTIERREZ-ZAVALA,          :
                                  :
            Petitioner            :
                                  :
      v.                          :    CIVIL NO. 3:CV-17-1858
                                  :
CRAIG LOWE,                       :    (Judge Conaboy)
                                  :
            Respondent            :

---

## ORDER

AND NOW, THEREFORE, THIS /6 ᵗʰ DAY OF FEBRUARY, 2018, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1.    The petition for writ of habeas corpus is **DISMISSED** as moot.

2.    The Clerk of Court is directed to **CLOSE** the case.

3.    Based on the Court's determination, there is no basis for the issuance of a Certificate of Appealability.

FILED
SCRANTON

FEB 1 6 2018

PER _____ DEPUTY CLERK

RICHARD P. CONABOY
United States District Judge

1